```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: DENISE VALLIER                 )
                                      )
Wells Fargo Bank, N.A.,               )
         Creditor,                    )
                                      )
    vs.                               ) CASE NO. 08B28831
                                      ) JUDGE Jack B. Schmetterer
DENISE VALLIER,                       )
         Debtor                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the November 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of November 15, 2011:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments (11/11 1 @ $1,299.11) | $1,299.11 |
   | c. Late Charges | $88.95 |
   | Total | $1,638.06 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              Wells Fargo Bank, N.A.

                              /s/Lydia Y. Siu
                              Lydia Y. Siu
                              ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088