IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Bankruptcy Matter of:

Denise Vallier

Debtor.

Bankruptcy No. 08-28831
Judge Jack B. Schmetterer
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

      NOW COMES Beneficial Illinois Inc. D/B/A Beneficial Mortgage Company of Illinois, through their attorney Rocio Herrera of Johnson, Blumberg & Associates and hereby responds to the February 11, 2013 Notice of Final Cure Payment filed by the Chapter 13 Trustee pursuant to Rule 3002.1(f). In response to said notice, Beneficial Illinois Inc. D/B/A Beneficial Mortgage Company of Illinois hereby states the following:

1. Beneficial Illinois Inc. D/B/A Beneficial Mortgage Company of Illinois hereby considers any default listed in claim 11-1 to be fully paid and cured.
2. Beneficial Illinois Inc. D/B/A Beneficial Mortgage Company of Illinois declares that the Debtor is in default on post petition mortgage payments as listed in Attachment A.

      /s/ Rocio Herrera
      Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Bankruptcy Matter of:

Denise Vallier

                Debtor.

Bankruptcy No. 08-28831
Judge Jack B. Schmetterer
Chapter: 13

Attachment A

1. Debtor is currently due for the February 7, 2012 and every payment coming due thereafter. As of February 11, 2013, the Debtor was in default on 13 post petition monthly mortgage payments at $468.46 each.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Bankruptcy Matter of:

Denise Vallier

Debtor.

Bankruptcy No. 08-28831
Judge Jack B. Schmetterer
Chapter: 13

## CERTIFICATE OF MAILING

TO:   Denise Vallier, 18041 Vista Dr., Country Club Hills, IL 60478
      Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
      Jonathan D. Parker, 55 E. Monroe St., #3400, Chicago, IL 60603
      Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Rocio Herrera, an attorney, certify that I caused to be mailed copies of this Statement of Outstanding Obligations to the Debtor on February 29, 2013, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606.  The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Rocio Herrera
Rocio Herrera,  IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

NOTICE:
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE